## McDANIEL v. NORTH CAROLINA.

No. 1599, Misc.   Decided June 17, 1968.

*T. Wade Bruton,* Attorney General of North Carolina, and *George A. Goodwyn,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of North Carolina is vacated and the case is remanded to that court for further consideration in the light of *Harrison* v. *United States, ante,* p. 219.

MR. JUSTICE BLACK dissents for the reasons stated in his dissenting opinion in *Harrison* v. *United States, ante,* p. 226.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Harrison* v. *United States, ante,* p. 226.

MR. JUSTICE WHITE dissents for the reasons stated in his dissenting opinion in *Harrison* v. *United States, ante,* p. 228.